James Katsouridis
5720 Palos Verdes Blvd.
Torrance, CA 90505

FILED
JUL 19 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

James Katsouridis, Movant

Case No.: 2:10-bk-31124ER

**DECLARATION OF THE DEBTOR JAMES KATSOURIDIS IN SUPPORT OF MOTION FOR RECONSIDERATION FOR THE MOTION OF RELIEF FROM STAY**

Dated this 18th Day of July, 2010

_____

I, James Katsouridis, hereby declare:

1. I am the debtor in this chapter 7 case. I make this declaration in support of Motion for Reconsideration to Re-Evaluate the Motion for Relief of Stay for the following reasons.

2. This Motion concerns my principal residence, located at 5720 Palos Verdes Blvd, Torrance, CA 90505.

3. It is my belief that my attorney did not file the reaffirmation agreement regarding my mortgage in my residence.

4. In addition, my attorney did not contest the Motion for Relief of Stay.

5. I personally never received the Motion for Relief of Stay, because it was served in the wrong address by Osmayda Nino on 6/10/10, as per his/her statement. (See Exhibit A PROOF OF SERVICE OF DOCUMENT)

6. I am praying that this Court will allow me thirty days, so I can hire a different attorney to represent me in this court, and to re-submit a new case.

I declare under penalty of perjury under the laws of the United States of America that the above mentioned is true and correct.

Executed on July 18, 2010 at Torrance, California

James Katsouridis

# EXHIBIT A

| Jn re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| James Katsouridis | Debtor(s). | CASE NO.: 2:10-bk-31124-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2955 Main Street, Second Floor
Irvine, CA 92614

A true and correct copy of the foregoing document described as <u>Notice of Motion and Motion for Relief from the Automatic Stay</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>6/10/10</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Debtor's Counsel: Steven Karlton Kop  bluejaylaw@gmail.com, steven.kop@koplawgroup.com;
    brenda.calvillo@koplawgroup.com
Chapter 7 Trustee: Alberta P Stahl, trusteestahl@earthlink.net, astahl@ecf.epiqsystems.com;
    trusteestahl\\\.net@cacbapp.cacb.circ9.dcn
United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>6/10/10</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Debtor: James Katsouridis, 575720 Palos Verdes Blvd, Torrance, CA 90505 (U.S. Maill)
Judge Ernest M. Robles, 255 E. Temple Street, Suite 1560, Los Angeles, CA 90012-3332 (U.S. Mail)

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/10/10 | Osmayda Nino | /s/ Osmayda Nino |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                      F 4001-1M.RP